# EXHIBIT A

## SY22-23 DR-272 Exam School Applicants by Race over Time

| Table 7a. Percentage of 7th Grade Applicants by Race | | | | |
|---|---|---|---|---|
| Race | SY20-21 | SY21-22 | SY22-23 | SY23-24 |
| Asian | 13% | 17% | 18% | 17% |
| Black | 27% | 22% | 21% | 22% |
| Latinx | 35% | 27% | 24% | 27% |
| Other | 4% | 5% | 6% | 6% |
| White | 21% | 29% | 32% | 29% |

| Table 13a. Percentage of 9th Grade Applicants by Race | | | | |
|---|---|---|---|---|
| Race | SY20-21 | SY21-22 | SY22-23 | SY23-24 |
| Asian | 15% | 11% | 12% | 15% |
| Black | 17% | 30% | 33% | 27% |
| Latinx | 39% | 45% | 41% | 38% |
| Other | 5% | 3% | 4% | 3% |
| White | 24% | 12% | 11% | 16% |