# EXHIBIT B

| Tier | SY23-24 Invite Status by Tier and Race ||||||||||
| | Asian || Black || Hispanic || Native American || Other ||
| | Applicants | Invited | Applicants | Invited | Applicants | Invited | Applicants | Invited | Applicants | Invited |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 17 | 17 | 32 | 32 | 63 | 62 | 0 | 0 | 11 | 11 |
| 2 | 32 | 32 | 39 | 39 | 43 | 41 | 0 | 0 | 12 | 11 |
| 3 | 13 | 13 | 38 | 38 | 47 | 47 | <10 | <10 | <10 | <10 |
| 4 | 30 | 30 | 41 | 34 | 44 | 38 | <10 | <10 | 18 | 18 |
| 5 | 23 | 23 | 46 | 45 | 40 | 38 | <10 | 0 | 15 | 15 |
| 6 | 26 | 22 | 53 | 31 | 49 | 28 | 0 | 0 | 45 | 39 |
| 7 | 60 | 34 | 39 | <10 | 57 | 19 | 0 | 0 | 85 | 58 |
| 8 | 23 | 14 | 12 | <10 | 23 | 12 | 0 | 0 | 193 | 84 |