UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCHOOL COMMITTEE and MARY SKIPPER, in her official capacity as Superintendent of the Boston Public Schools, <br><br> Defendants. | No. 1:25-cv-12015-WGY <br><br> Judge: Hon. William G. Young |

## **RULE 83.5.3 CERTIFICATION OF ATTORNEY GLENN E. ROPER**

I, Glenn E. Roper, state as follows:

1. I am a member in good standing and duly licensed to practice law in the State of Colorado, bar number 38723.

2. I am a resident of Colorado.

3. I am an attorney at Pacific Legal Foundation, which is headquartered at 555 Capitol Mall, Suite 1290, Sacramento, California 95814. I receive mail at 1745 Shea Center Drive, Suite 400, Highlands Ranch, Colorado 80129. My office telephone number is (916) 503-9045.

1. I have been admitted to practice in the United States Court of Appeals for the Second, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, and D.C. Circuits; the U.S. District Court for the District of Colorado, Southern District of Illinois, District of Maryland, District of North Dakota, and Western District of Texas; and the U.S. Supreme Court.

2. I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary actions pending against me in any federal or state court. I have never had pro hac vice admission denied or revoked in any court for any reason.

1

3.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

4.  If the Court grants the foregoing motion, I will represent Plaintiff pro bono in this proceeding and I agree that I shall be subject to the orders and to the disciplinary action and civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under penalty of perjury on this 17th day of July, 2025.

_/s/ Glenn Roper_
GLENN E. ROPER
Colo. Bar No. 38723
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
geroper@pacificlegal.org

*Attorney for Plaintiff*