UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCHOOL COMMITTEE and MARY SKIPPER, in her official capacity as Superintendent of the Boston Public Schools, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:25-cv-12015-WGY

## APPEARANCE OF KAY H. HODGE

Please enter my appearance in this matter on behalf of all Defendants as follows:

Kay H. Hodge (BBO # 236560)
    khodge@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

1

Respectfully submitted,

BOSTON SCHOOL COMMITTEE and
MARY SKIPPER, in her official capacity as
Superintendent of the Boston Public Schools,

By their attorneys,


/s/*Kay H. Hodge*
Kay H. Hodge (BBO # 236560)
    khodge@scmllp.com
John M. Simon (BBO #645557)
    jsimon@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789


Dated:  July 28, 2025


<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on July 28, 2025.


/s/*Kay H. Hodge*
Kay H. Hodge