**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCHOOL COMMITTEE and MARY SKIPPER, in her official capacity as Superintendent of the Boston Public School.<br><br>Defendants. | Civil Action No. 1:25-cv-12015-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Doreen Rachal of Sidley Austin LLP for Proposed Defendant-Intervenors: 1) The National Association for the Advancement of Colored People New England Area Conference and 2) The Boston Branch of the National Association for the Advancement of Colored People.

Dated: November 24, 2025

/s/ *Doreen M. Rachal*
Doreen M. Rachal (BBO# 667837)
SIDLEY AUSTIN LLP
60 State Street, 36th floor
Boston, Massachusetts 02109
Tel: (617) 223-0300
Fax: (617) 223-0301
drachal@sidley.com

## CERTIFICATE OF SERVICE

      I, Doreen M. Rachal, hereby certify that a true and accurate copy of this document, which was filed via the Court ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 24, 2025.

Dated: November 24, 2025                      /s/ *Doreen M. Rachal*
                                                                    Doreen M. Rachal (BBO# 667837)
                                                                    drachal@sidley.com