UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCHOOL COMMITTEE and MARY SKIPPER, in her official capacity as Superintendent of the Boston Public Schools, <br><br> Defendants. | Civil Action No. 1:25-cv-12015-WGY |

## APPEARANCE OF LORIS N. DENNIS

Please enter my appearance in this matter on behalf of all Defendants as follows:

Loris N. Dennis (BBO#716709)
    ldennis@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

        Respectfully submitted,

        BOSTON SCHOOL COMMITTEE and MARY SKIPPER, Superintendent of Boston Public Schools,

        By their attorneys,

        /s/*Loris N. Dennis*
        Kay H. Hodge (BBO #236560)
            khodge@scmllp.com
        John M. Simon (BBO #645557)
            jsimon@scmllp.com
        Loris N. Dennis (BBO #716709)
            ldennis@scmllp.com

1

        99 High Street
        Stoneman, Chandler, & Miller LLP
        Boston, MA 02110
        (617) 542-6789

Dated: November 25, 2025

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by electronic mail, as agreed by the parties, to those indicated as non-registered participants on November 25, 2025.

        /s/*Loris N. Dennis*
        Loris N. Dennis