AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Boston Parent Coalition for Academic Excellence Corp. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:25-cv-12015-WGY |
| Boston School Committee, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenors Boston Education Justice Alliance (BEJA) and Asian Pacific Islanders   .
Civil Action Network (APIs CAN)

Date:     01/15/2026

_____
*Attorney's signature*

Niyati Shah
*Printed name and bar number*

1620 L Street, NW, Suite 1050
Washington, DC 20036

_____
*Address*

nshah@advancingjustice-aajc.org
*E-mail address*

(202) 815-1098
*Telephone number*

(202) 296-2318
*FAX number*