AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Boston Parent Coalition for Academic Excellence Corp.   )
*Plaintiff*   )
v.   )   Case No.   1:25-cv-12015-WGY
Boston School Committee, et al.   )
*Defendant*   )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenors Boston Education Justice Alliance, Asian Pacific Islanders Civil Action Network.

Date:    01/16/2026

/s/ Niji Jain
*Attorney's signature*

Niji Jain (admitted pro hac vice)
*Printed name and bar number*

99 Hudson Street, 12th Floor
New York NY 10013
*Address*

njain@aaldef.org
*E-mail address*

(212) 966-0603
*Telephone number*

(212) 966-4303
*FAX number*