**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., )<br><br>Plaintiff, )<br><br>v. )<br><br>BOSTON SCHOOL COMMITTEE and MARY SKIPPER, in her official capacity as Superintendent of the Boston Public Schools, )<br><br>Defendants. ) | Civil Action No. 1:25-cv-12015-WGY |

**BOSTON EDUCATION JUSTICE ALLIANCE AND ASIAN PACIFIC ISLANDERS CIVIC ACTION NETWORK'S UNOPPOSED MOTION TO EXPEDITE DECISION ON MOTION TO INTERVENE**

Boston Education Justice Alliance (BEJA) and Asian Pacific Islanders Civic Action Network (APIs CAN) ("Proposed Intervenors") respectfully ask the Court to rule on their Motion to Intervene (ECF No. 29), which is now fully briefed, *see* ECF No. 49 (opposition), ECF No. 78 (reply), prior to ruling on Defendants' Motion to Dismiss (ECF No. 19) ("dismissal").

At the March 10 hearing, the Court indicated it would issue a decision as to dismissal in short order, as early as March 20. The Court also indicated that if the case goes forward, it is inclined to grant the motions to intervene, as it did in the first round of litigation. ECF No. 83 (docket entry for hearing).

Proposed Intervenors request that the Court rule on their motion to intervene before ruling on dismissal in order to preserve their ability to participate in appellate proceedings, as intervenors did in the first round of litigation. As explained in the memorandum in support of their Motion to

1

Intervene: "Proposed Intervenors face the risk of this Motion to Intervene being mooted if this Court decides Defendants' Motion to Dismiss without resolving this Motion." ECF No. 30 at 7. Proposed Intervenors asked the Court to adopt the same process as in *Deveraux v. Geary*, 596 F. Supp. 1481, 1487 (D. Mass. 1984), *aff'd*, 765 F.2d 268 (1st Cir. 1985), where the court granted the motion to intervene as defendants despite also granting a motion to dismiss, reasoning that the intervenors "may wish to participate in any appellate review" of the dismissal order. ECF No. 30 at 7.

Without a ruling on their Motion to Intervene by this Court, Proposed Intervenors may face a more stringent intervention standard on appeal. And Proposed Intervenors have advanced their own, different arguments supporting dismissal in their proposed Motion to Dismiss that they would advance again on appeal—including on the question raised by the Court at the March 10 hearing about the import of *Boston Parent Coalition for Academic Excellence Corporation v. School Committee for City of Boston*, 89 F.4th 46 (1st Cir. 2023). *See* ECF No. 29-1 (proposed motion), 29-2 (memorandum).

Counsel have conferred with the parties on their positions, including whether the instant motion may be avoided if Plaintiff intends on amending its complaint. Defendants assent to this motion. Plaintiff takes no position.

WHEREFORE, Proposed Intervenors respectfully request that the Court rule on their Motion to Intervene prior to ruling on Defendants' Motion to Dismiss.

March 16, 2026

Respectfully submitted,
*/s/Allison Scharfstein*

| | |
|---|---|
| Francisca D. Fajana | Allison Scharfstein* |
| BBO # 564301 | NAACP LEGAL DEFENSE & |
| Mariana C. Lopez* | EDUCATIONAL FUND, INC. |

LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Tel: (212) 319-3360
ffajana@latinojustice.org

Shalaka Phadnis*
Niyati Shah*
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, D.C. 20036
Tel: (202) 815-1098

40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200

Donya Khadem*
John R. Fowler*
Michaele N. Turnage Young*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 682-1300

Helen Anne Schutz Lo*
Niji Jain*
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
Tel: (212) 966-5932

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 16, 2026.

*/s/ Allison Scharfstein*
Allison Scharfstein