**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Boston Parent Coalition for Academic Excellence Corp.
**Plaintiff**

|  | CIVIL ACTION |
| --- | --- |
| V. | NO. 25cv12015-WGY |

Boston School Committee et al
**Defendants**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

In accordance with the Court's ORDER of March 19, 2026, it is hereby ORDERED that this action is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

March 19, 2026