UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br>BOSTON SCHOOL COMMITTEE and MARY SKIPPER, in her official capacity as Superintendent of the Boston Public Schools,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 1:25-cv-12015-WGY

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Boston Parent Coalition for Academic Excellence Corp. appeals to the United States Court of Appeals for the First Circuit from the final orders of dismissal entered in this action on March 19, 2026 (Docs. 85, 86).

Dated: March 19, 2026.

Respectfully submitted,

/s/ Christopher M. Kieser

| | |
|---|---|
| JONATHAN HOUGHTON<br>Mass. Bar No. 641688<br>Pacific Legal Foundation<br>3100 Clarendon Blvd., Suite 1000<br>Arlington, VA 22201<br>(202) 888-6881<br>jhoughton@pacificlegal.org<br><br>GLENN E. ROPER*<br>Colo. Bar No. 38723<br>Pacific Legal Foundation<br>1745 Shea Center Drive, Suite 400<br>Highlands Ranch, Colorado 80129<br>(916) 503-9045<br>geroper@pacificlegal.org | CHRISTOPHER M. KIESER*<br>Cal. Bar No. 298486<br>ERIN E. WILCOX*<br>Cal. Bar No. 337427<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>(916) 419-7111<br>ckieser@pacificlegal.org<br>ewilcox@pacificlegal.org<br><br><br><br>*Pro Hac Vice |

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I, Christopher M. Kieser, hereby certify that the foregoing document was served on the date referenced above on all represented Parties through PACER/NEXTGEN, and that there are no unrepresented participants.

/s/ Christopher M. Kieser
CHRISTOPHER M. KIESER