**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE, CORP., *Plaintiff*,<br><br>v.<br><br>BOSTON SCHOOL COMMITTEE and MARY SKIPPER, in her official capacity as Superintendent of the Boston Public Schools,<br><br>*Defendants*. | Case No. 1:25-cv-12015-WGY |

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel, Mariana C. Lopez, respectfully requests leave to withdraw as counsel for Proposed Defendant-Intervenors, Boston Education Justice Alliance (BEJA) and Asian Pacific Islanders Civic Action Network (APIs CAN), as she is leaving her current position at LatinoJustice PRLDEF on September 8, 2026. In accordance with Local Civil Rule 83.5.2(c)(2), she has provided notice of this motion to withdraw to Proposed Defendant-Intervenors in the above-captioned matter. Parties will be served notice via ECF notification.

Proposed Defendant-Intervenors will continue to be represented by Francisca Fajana at LatinoJustice, in addition to counsel from the Legal Defense Fund, Asian Americans Advancing Justice, and the Asian American Legal Defense and Education Fund.

Date: 9/2/2026

Respectfully Submitted,

/s/ Mariana C. Lopez

Mariana C. Lopez*
LatinoJustice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115
mlopez@latinojustice.org

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 2, 2026.

/s/ Mariana C. Lopez

Mariana C. Lopez